# UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.

GREGORY GENE WATERS.
D/O/B 2/22/65

## CRIMINAL COMPLAINT
CASE NUMBER: 02-963 KSC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 27, 2002__ in __DeWitt__ county, in the __Central__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

enter a building occupied in part by a bank, namely a branch of the John Warner Bank located at 220 East VanBuren Street, Clinton, Illinois, with the intent to steal money in the care, custody, management or possession of the John Warner Bank

in violation of Title __18__ United States Code, Section(s) __2113(a)__

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following
Official Title
facts:

(See Attached Affidavit.)

Continued on the attached sheet and made a part hereof: __X__ YES ____ NO

_Brian D. Shepard_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__December 30, 2002  10:06 PM__ at __Springfield, Illinois__
Date                                                         City and State

__Byron Cudmore, U.S. Magistrate Judge__
Name and Title of Judicial Officer                Signature of Judicial Officer

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ) ) ) ) | WARRANT FOR ARREST |
| vs<br>GREGORY GENE WATERS,<br>Defendant | ) ) ) ) ) | CASE NO. |

TO:   THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest GREGORY GENE WATERS, and bring him forthwith to the nearest magistrate judge to answer a Criminal Complaint charging him with Bank Burglary, in violation of Title 18, United States Code, Section 2113(a).

Honorable Byron Cudmore
Name of Judicial Officer

U.S. Magistrate Judge
Title of Judicial Officer

[Signature]
Signature of Judicial Officer

December 30, 2002, Springfield, Illinois  10:06 PM
Date and Location

Bail fixed at (S No Bail) by ___Byron Cudmore. BCC

### RETURN
This warrant was received and executed with the arrest of the above named defendant at _____

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | Title of Arresting Officer | |

STATE OF ILLINOIS        )
                         ) ss
COUNTY OF SANGAMON )

## AFFIDAVIT

I, Brian D. Shepard, being duly sworn on oath, depose and state as follows:

1. I have been a Special Agent with the Federal Bureau of Investigation for approximately 27 years and I am currently assigned to the Springfield Division, Decatur Resident Agency. During my employment, I have investigated numerous bank robbery and bank burglary-related cases. The following is information obtained from my own investigation and from other officers involved in the investigation.

2. On the morning of December 28, 2002, I was advised that the Clinton Police Department had received an alarm at approximately 7:50 P.M., on December 27, 2002, at the John Warner Branch Bank located inside an IGA grocery store at 220 East VanBuren Street, Clinton, Illinois. The officers responded to the alarm and could not discern that there was any problem. I was also advised that on the morning of December 28, 2002, approximately $233,000.00 was discovered missing by the employee who was opening the bank.

3. Upon arrival at the scene on the morning of December 28, 2002, I had a discussion with bank management to determine bank policies and procedures and to determine which bank personnel were responsible for the branch banking activities. Thereafter, the branch manager and several other employees were interviewed. As a result of information obtained from these interviews, it was concluded that due to some unusual financial circumstances of a bank employee named Paula Butler that she may be a primary suspect. As a result thereof, she was interviewed and subsequently requested to consent to a search of her vehicle and residence, which she did. No incriminating evidence was obtained as a result of the consent search. In

order to aid an investigative effort, it was determined that a polygraph of Butler was necessary. The polygraph was administered on December 30, 2002, by Special Agent Donald Berecz of the Springfield Office of the FBI. Special Agent Berecz has administered over 200 polygraphs. Berecz, upon conclusion of the polygraph examination, advised that Butler clearly indicated deception to two substantive questions regarding the missing funds at the bank. As a result of his conclusion, Berecz conducted an additional interview of Butler without Butler admitting guilt. I also re-interviewed Butler without her admitting her guilt. DeWitt County Sheriff Roger Massey spoke to Butler and she admitted her involvement in the burglary to him. Massey stated that Butler told him the following information: The burglary had been planned for more than one month with her boyfriend, Gregory G. Waters. The original plan to take money from the bank was for Waters to commit a robbery of the bank in which Butler would be bound. Butler convinced Waters that this would not be a good plan and they agreed that burglary would be a better way to get the money. Butler provided Waters with the security access code, a key to the bank doors and several codes for doors leading to the location where the money was housed. After many conversations, Waters decided to commit the burglary on the evening of December 27, 2002.

  4.  Butler was aware that a plastic tackle box would be used by Waters to place the money in after it was taken. After the burglary occurred, they had several conversations in which Waters told Butler that he had committed the burglary, that he had placed some money in a residence and the remainder in a tackle box at his place of employment. Waters also provided her with money to pay for a heating system in a house he was constructing and gave her several checks to pay some of his bills and make a deposit into his bank account. Butler subsequently

2

took the tackle box from the location where Waters had placed it and put it under a deck of an out building at the residence where Waters' brother was residing. Butler took some of the funds and placed them in a shoe box in her closet. Butler led law enforcement authorities to the location where she had placed the tackle box which contained a lock and also told law enforcement that additional funds totaling $2,800.00 were located in her residence in a closet.

5. Investigation revealed that Waters had traveled to Chicago on the evening of December 27, 2002, and in the early morning of December 28, 2002, flew to Honolulu, Hawaii, and was staying in Room 1263 at the Ohana Waikiki Towers, 200 Lewers Street, Honolulu, Hawaii.

FURTHER AFFIANT SAYETH NOT:

*Brian Shepard*
Brian Shepard, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO ME
THIS 30 DAY OF December, 2002. 10:06 pm

*[signature]*
U.S. Magistrate Judge Byron Cudmore

3