ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 3 1 2002

at /0:54 o'clock and ____ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-0963 KSC |
| | ) | |
| Plaintiff, | ) | MOTION TO DETAIN DEFENDANT |
| | ) | WITHOUT BAIL |
| vs. | ) | |
| | ) | |
| GREGORY GENE WATERS, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain defendant without bail, pursuant to 18 U.S.C. Section 3142.

1. <u>Eligibility of Case</u>. This defendant is eligible for detention because the case involves (check all that apply):

   _____ a.  Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

   _____ b.  Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

   _____ c.  Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ____ d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

    _X_ e.    Crime of violence (3142(f)(1)(A))

    ____ f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

    ____ g.    10+ year drug offense (3142(f)(1)(C))

    ____ h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

    _X_ i.    Serious risk defendant will flee (3142(f)(2)(A))

    ____ j.    Danger to other person or community **

    ____ k.    Serious risk obstruction of justice (3142(f)(2)(B))

    ____ l.    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "i" or "j" additionally

\*\* requires "a", "b", "c", or "d" additionally

2. <u>Reason for Detention</u>. The court should detain defendant (check all that apply):

    _X_ a.    Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e))

    _X_ b.    Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

    _X_ c.    Pending notification of appropriate court or official (not more than 10 working days (3142(d))

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant under Section 3142(e). If invoked, the presumption applies because (check all that apply):

    \_\_\_\_\_ a.    Probable cause to believe defendant committed 10+ year drug offense

    \_\_\_\_\_ b.    Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

    \_\_\_\_\_ c.    Previous conviction for eligible offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests that the court conduct the detention hearing:

    \_\_\_\_\_ a.    At first appearance

    \_X\_ b.    After continuance of 3 days (not more than 3)

5. <u>Rule 40 Cases</u>. The United States requests that the detention hearing be held:

    \_X\_ a.    In the District of Hawaii

    \_\_\_\_\_ b.    In the District where charges were filed

6. <u>Other Matters</u>.

DATED:    12/31/02   , at Honolulu, Hawaii.

ELLIOT ENOKI
United States Attorney
District of Hawaii

By /s/ Constance A. Hassell
CONSTANCE A. HASSELL
Assistant U.S. Attorney