# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
12/31/2002 4:30 PM
WALTER A.Y.H. CHINN, CLERK
```

CASE NUMBER:  MA 02-0963KSC

CASE NAME:  USA  vs. Gregory Waters

ATTYS FOR PLA:
Thomas Muehleck
Constance Hassell

ATTYS FOR DEF:
Shanlyn Park

INTERPRETER:

JUDGE: JUDGE KEVIN S C CHANG          REPORTER: TAPE 979

DATE: 12/31/2002                      TIME: 11:10 TO 10:15

                                      ROOM: COURTROOM 5

**COURT ACTION:** EP

Initial Appearance - defendant Gregory Waters present.

Request for Court appoint attorney granted. Defendant sworn to the Financial Affidavit.

Waiver of Rule 40 Hearings signed and filed by defendant.

Detention Hearing set 1-6-03 at 10:30 LEK

Defendant remanded to the custody of they U. S. Marshals.

Submitted by: Sadie Mukawa, Courtroom Manager