# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: U.S.A. vs. Gregory Waters
FOR: District of Hawaii
AT: Honolulu

LOCATION NUMBER: (checkmark)

DOCKET NUMBERS:
Magistrate: 02-963 KSC
District Court:
Court of Appeals:

PERSON REPRESENTED (Show your full name): Gregory Waters

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
Bank Robbery

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
DEC 31 2002
at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Waters Construction
- IF YES, how much do you earn per month? $1,600 gross
- IF NO, give month and year of last employment. How much did you earn per month? $____
- If married is your Spouse employed? ☐ Yes ☐ No  N/A
- IF YES, how much does your Spouse earn per month? $____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $____ THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $500.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- VALUE: $50,000 - 60,000  DESCRIPTION: Home - with a loan

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Jacob Roy - 6 yrs old

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Child Support | $~~700~~ | $400.00 |
| Home Mortgage | $96,000 | $700.00 |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/31/02

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): ▶ [signature]

5