AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

*original to USM on 2/6 01/6/03*

# United States District Court

| | |
|---|---|
| **DISTRICT** | HAWAII |
| UNITED STATES OF AMERICA v. GREGORY GENE WATERS | **DOCKET NO.** |
| | **MAGISTRATE CASE NO.** 02-0963 KSC |

**CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN**
☐ indictment  ☐ information  ☒ complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. §  2113(a)

| **DISTRICT OF OFFENSE** | **DATE OF OFFENSE** |
|---|---|
| Central District of Illinois | |

**DESCRIPTION OF CHARGES:**

BANK ROBBERY

COPY

**BOND IS FIXED AT**
$

HAWAII
**DISTRICT**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_December 31, 2002_ _____
Date                                              United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |