# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/06/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     MAG NO. 02-0963KSC

CASE NAME:       USA vs. GREGORY WATERS

ATTYS FOR PLA:   Constance A. Hassell

ATTYS FOR DEFT:  Shanlyn A.S. Park

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7-CD 11 |
|---|---|---|---|
| DATE: | 01/06/2003 | TIME: | 11:21-11:26 |

COURT ACTION:  EP: Detention Hearing - Defendant present in custody.

Arguments heard.  Defense objects to USPTS Report.  Motion to Detain Granted.  Govt to prepare Order.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager

G:\docs\warren\MAG NO 02-0963KSC-(1-6-03).wpd