cc:
USA
USM
PTS
USPO

AO 70 (8/85) Order of Temporary Detention

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 06 2003

at 3 o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| United States of America | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT TO** |
| v. | **BAIL REFORM ACT** |
| GREGORY GENE WATERS | Case No: MAG 02-0963 KSC |

Upon motion of the ___gmt___, it is ORDERED that a detention hearing is set for ___1-6-03___ * at ___10:30 am___
                                                                                       Date                Time

before ~~Kevin S. C. Chang~~ Leslie Kobayashi, United States Magistrate Judge at Honolulu, Hawaii. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: December 31, 2002

_____
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.