ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

CONSTANCE A. HASSELL #3374
Assistant U. S. Attorney
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
United States of America

LODGED
JAN 0 8 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 0 8 2003
at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-0963 KSC |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO DETAIN DEFENDANT WITHOUT BAIL |
| GREGORY GENE WATERS, | ) | |
| Defendant. | ) | |

ORDER TO DETAIN DEFENDANT WITHOUT BAIL

This matter came before the Court on the motion of the United States to detain the defendant without bail pursuant to 18 U.S.C. § 3142. A hearing was held on January 6, 2003, Before this Court, the Honorable Leslie E. Kobayashi, presiding. Defendant was present and was represented by Shanlyn Park, Assistant Federal Public Defender. The United States was

represented by Constance A. Hassell, Assistant United States Attorney.

The Court reviewed the Complaint in this case and accepted the original Pretrial Services Agency Reports.

The Court has considered the factors in 18 U.S.C. § 3142(g). Based upon a review of the foregoing, the Court grants the Motion to Detain, finding by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and/or the community, and by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, should the defendant be released. The Court makes these findings after considering the nature and seriousness of the offenses charged. Accordingly,

IT IS ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States or on request from an attorney for the government, the person in charge of the corrections facility in

which defendant is confined deliver the defendant to a United States Marshal for the purposes of appearance or in connection with any Court proceeding.

DATED: 1/8/03, at Honolulu, Hawaii.

_____
LESLIE E. KOBAYASHI
United States Magistrate Judge


<u>United States vs. Gregory Gene Waters</u>
Mag. No. 02-0963 KSC
Order To Detain Defendant Without Bail

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following by hand delivery on January 8, 2003:

SHANLYN PARK, ESQ.
Office of the Federal Public Defender
300 Ala Moana Blvd., Room 7-102
Honolulu, Hawaii 96850

Counsel For Defendant
GREGORY GENE WATERS

DATED: _January 8_____ 2003, at Honolulu, Hawaii.

_____
DEIRDRA CRAIG
United States Attorney's Office